UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARION C. STARKS,
    Petitioner,

v.

MICHAEL HENNESSEY,
    Respondent.

Case No. 18-cv-00683-PJH

**ORDER**

    Petitioner, a former California prisoner, filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The court dismissed the petition with leave to amend after discussing the deficiencies with the petition. Petitioner has not filed an amended petition but he did file a similar petition in a new case. *See Starks v. Hennessey*, No. 18-cv-1456 PJH. That case was dismissed as duplicative. To the extent that petitioner was attempting to file an amended petition in this case, the amended petition is insufficient. It was nearly identical to the original petition in this case and failed to address the deficiencies noted by the court. Petitioner will be provided another opportunity to file an amended petition in this case and he must address what the court discussed in the screening order. The amended petition must be filed by **May 1, 2018**. Failure to file an amended petition may result in the dismissal of this action.

    **IT IS SO ORDERED.**

Dated: April 2, 2018

PHYLLIS J. HAMILTON
United States District Judge

|   |   |   |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | NORTHERN DISTRICT OF CALIFORNIA | |

MARION C. STARKS,

    Plaintiff,

    v.

MICHAEL HENNESSEY,

    Defendant.

Case No. 18-cv-00683-PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 2, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Marion C. Starks
150 Otis St., Apt. 609
San Francisco, CA 94103


Dated: April 2, 2018

                                        Susan Y. Soong
                                        Clerk, United States District Court

                                        By: *Kelly Collins*
                                        Kelly Collins, Deputy Clerk to the
                                        Honorable PHYLLIS J. HAMILTON